**SAO**
JEFFREY J. WHITEHEAD, ESQ.
Nevada Bar No. 3183
jeff@whiteheadburnett.com
GARY BURNETT, ESQ.
Nevada Bar No. 7632
gary@whiteheadburnett.com
**WHITEHEAD & BURNETT**
6980 O'Bannon Drive
Las Vegas, Nevada 89117
(702) 267-6500 Telephone
(702) 267-6262 Facsimile
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMTEK (SHENZHEN) CO., LTD., a foreign limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>WAIAN LLC, OWEN S. WONG and EMTEK INTERNATIONAL LLC,<br><br>Defendant. | Case No. 2:19-cv-00927-GMN-GWF<br><br>**STIPULATION OF ORDER TO SET DEFENDANT'S RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF** |

Counsel of record respectfully submit this Stipulation to inform the Court that counsel have discussed that the Defendant has the right to file the responsive pleading to Plaintiff's Complaint for Damages, Declaratory and Injunctive Relief, within 21 days.

**IT IS STIPULATED AND AGREED** by the parties, through their respective counsel, that the Defendant's responsive pleading to Plaintiff's Complaint for Damages, Declaratory and Injunctive Relief, be submitted by Friday, August 2, 2019.

1

| LIN LAW GROUP | WHITEHEAD & BURNETT |
|---|---|
| *signature* | *Jeffrey Whitehead* |
| MICHAEL M. LIN, ESQ. | JEFFREY J. WHITEHEAD, ESQ. |
| Nevada Bar No. 010392 | Nevada Bar No. 3183 |
| 5288 Spring Mtn. Rd, Ste 103 | 6980 O'Bannon Dr. |
| Las Vegas, NV 89146 | Las Vegas, NV 89117 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

# ORDER

This court having considered to set the Stipulation to set the Defendant's responsive pleading to Plaintiff's Complaint for Damages, Declaratory and Injunctive Relief for good cause:

**IT IS HEREBY ORDERED:**

That Defendant's responsive pleading to Plaintiff's Complaint for Damages, Declaratory and Injunctive be submitted by Friday, August 2, 2019.

Dated this 31st day of July, 2019

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

2