AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

EMTEK (SHENZHEN CO., LTD., a foreign limited liability company,

        Plaintiff,

v.

WAIAN LLC, OWEN S. WONG and EMTEK INTERNATIONAL LLC,

        Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-00927-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff is awarded attorney's fees in the amount of $8,575.00, payable within 30 days of the date of the Order awarding.

1/28/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk