R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
**FRIZELL LAW FIRM, PLLC**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Office (702) 361-6000
Fax (702) 657-0065
DFrizell@FrizellLaw.com
*New Attorney for Defendants/
Counter-Claimants WAIAN LLC,
OWEN S. WONG and
EMTEK NTERNATIONAL LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EMTEK (SHENZHEN) CO., LTD., a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WAIAN LLC, OWEN S. WONG and EMTEK INTERNATIONAL LLC,<br><br>Defendants. | CASE NO. 2:19-cv-00927-GMN-EJY |

**SUBSTITUTION OF ATTORNEY FOR DEFENDANTS WAIAN LLC,**

**OWEN S. WONG and EMTEK INTERNATIONAL LLC**

TO:   THE COURT,

TO:   ALL PARTIES, and

TO:   THEIR RESPECTIVE COUNSEL OF RECORD

Pursuant to LRIA11-6, Defendants WAIAN LLC, OWEN S. WONG and EMTEK INTERNATIONAL LLC, hereby substitute R. Duane Frizell, Esq. of the law firm Frizell Law Firm, PLLC in the place and stead of Jeffrey J. Whitehead, Esq. of the law firm WHITEHEAD & BURNETT and Theresa L. Mains, Esq. TERESA MAINS LAW as their counsel of record in this matter. All pleadings, notices, and other papers and communications directed to Defendants in

1  this matter are henceforth to be served upon and through the law offices of Frizell Law Firm,
2  PLLC.
3      We hereby make the above and foregoing substitution.

**OWEN S. WONG**

By: _____  Date: 2-24-2021
    OWEN S. WONG,
    Individually

**WAIAN LIMITED-LIABILITY COMPANY**

By: _____  Date: 2-24-2021
    OWEN S. WONG, as Manager of
    WAIAN LIMITED-LIABILITY COMPANY

**WAIAN LIMITED-LIABILITY COMPANY**

By: _____  Date: 2-24-2021
    WAI L. WONG, as Manager of
    WAIAN LIMITED-LIABILITY COMPANY

**EMTEK INTERNATIONAL LLC**

By: _____  Date: 2-24-2021
    OWEN S. WONG, as Manager of
    EMTEK INTERNATIONAL LLC

///
///
///
///

\* \* \*

I hereby consent to the above and foregoing substitution.

DATED 02/25/2021 .

| WHITEHEAD & BURNETT | THERESA MAINS LAW |
|---|---|
| 6980 O'Bannon Drive | 2251 N. Rampart Blvd. 102 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89128 |
| 702-267-6500 | (702) 267-6500 Telephone |
| FAX: 702-267-6262 | (954) 520-1775 Direct |
| jeff@whiteheadburnett.com | Theresa@TheresaMainsPA.com |

By: /s/ Jeff Whitehead
**JEFFREY J. WHITEHEAD, ESQ.**
**NEVADA BAR NO. 003183**
Current Head Attorney for Defendants / Counter-Claimants

By: /s/ Theresa Mains
**THERESA L. MAINS, ESQ.**
**NEVADA BAR NO. 13373**
Current Attorney for Defendants / Counter-Claimants

\* \* \*

I hereby accept the above and foregoing substitution as attorney for Defendants/Counter-Claimants WAIAN LLC, OWEN S. WONG and EMTEK INTERNATIONAL LLC.

DATED 2-26-2021 .

FRIZELL LAW FIRM, PLLC
400 N. Stephanie St., Suite 265
Henderson, NV 89014
Office (702) 361-6000
Fax (702) 657-0065
DFrizell@FrizellLaw.com

By: /s/ R. Duane Frizell
**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
New Attorney for Defendants/Counter-Claimants
WAIAN LLC, OWEN S. WONG and EMTEK

**IT IS SO ORDERED.**

/s/ Cayna J. Zouchah
**U.S. MAGISTRATE JUDGE**

**Dated: February 26, 2021**

3